UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRALING MAJOR HILT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSHE SINAIE,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-00936-SKO<br><br>**ORDER FINDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 2) |

Plaintiff Graling Major Hilt is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     INTRODUCTION**

Plaintiff initiated this action by filing a complaint on July 31, 2025. (Doc. 1.) That same date, Plaintiff filed an Application to Proceed In Forma Pauperis (IFP) by a Prisoner. (Doc. 2.)

On August 6, 2025, the Court issued its Order Directing Plaintiff to Provide a Properly Completed Application to Proceed In Forma Pauperis by a Prisoner and to Clarify Entries on His Inmate Statement Report. (Doc. 7.)  Plaintiff was ordered to respond to questions 3 through 7 on his IFP application, provide an explanation for the JPAY and SALES transactions appearing on his Inmate Statement Report dated August 1, 2025, as well as the discrepancy regarding his employment status, and to sign and date the application under penalty of perjury within 21 days. (*Id.* at 3.) Alternatively, Plaintiff could remit the full filing fee of $405. (*Id.*)

On September 2, 2025, Plaintiff paid the $405 filing fee in full. (*See* Docket Entry dated 9/2/2025 [receipt number 100005895].)  In light of this payment, Plaintiff's pending IFP application is moot.

**II.     CONCLUSION AND ORDER**

Based on the foregoing, this Court **HEREBY ORDERS** that Plaintiff's pending IFP application (Doc. 2) is moot. The Clerk of the Court is directed to terminate the motion.

IT IS SO ORDERED.

Dated:   **September 3, 2025**                             /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE